UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 05 CR 10093 PBS<br>CRIMINAL NO.: |
| v. ) | VIOLATIONS: |
| JAMES LEWIS, ) | 18 U.S.C. § 2071(a) and (b) - Removal and Destruction of Government Records; and Attempt to Remove and Destroy Government Records |
| Defendant. ) | |

### INDICTMENT

**COUNT ONE:** (Title 18, United States Code, Section 2071(b) - Removal and Destruction of Government Records)

The Grand Jury charges:

1. At all times material times to this indictment, defendant JAMES LEWIS was employed at the Internal Revenue Service ("IRS"), Andover Service Center, as a Lead Clerk in the Distribution Unit. In the course of his employment, JAMES LEWIS was responsible for processing taxpayer records that are missing information such as social security numbers, processing Taxpayer Advocate cases, responding to taxpayer inquiries (including, but not limited to, change of addresses, status of refunds, abatement of interest and penalties, explanation of deductions, amended tax returns, requests from elderly and handicapped individuals for assistance) and sending Business Master File and Innocent Spouse Cases to the IRS Office in Cincinnati, Ohio.

2. From in or about January 2003, the exact date being unknown to the Grand Jury, continuing through in or about May 2003 in the District of Massachusetts,

JAMES LEWIS

the defendant herein, having custody of documents and papers filed and deposited with the IRS Andover Service Center, a public office, as the Lead Clerk of the Distribution Unit of the IRS Andover Service Center, wilfully and unlawfully did remove and destroy papers and documents, that is, numerous taxpayer records.

All in violation of Title 18, United States Code, Section 2071(b).

**COUNT TWO:** (Title 18, United States Code, Section 2071(a) - Attempt to Remove and Destroy Government Records)

The Grand Jury further charges:

From in or about March 2003, the exact date being unknown to the Grand Jury, continuing through in or about April 2003 in the District of Massachusetts,

JAMES LEWIS

the defendant herein, wilfully and unlawfully did attempt to remove and destroy certain records and documents, that is, numerous taxpayer records, concerning taxpayer returns, filed and deposited with the IRS Andover Service Center, a public office, which documents had come into LEWIS' possession and under his care by virtue of his employment at the IRS Andover Service Center as a Lead Clerk. The taxpayer records included but were not limited to corrected W-2 forms, a charitable contribution statement, a copy of a check made payable to the IRS, a copy of a death certificate, and letters from taxpayers and their representatives seeking assistance.

All in violation of Title 18, United States Code, Section 2071(a).

A TRUE BILL

*[signature: Robert B Johnson]*
FOREMAN OF THE GRAND JURY

*[signature]*
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; April 5, 2005 @ 12:35 PM

Returned into the District Court by Grand Jurors and filed.

*[signature]*
DEPUTY CLERK

4

≋JS 45 (5/97) - (Revised USAO MA 6/29/04)

**05 CR 10093 PBS**

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Massachusetts   **Category No.** II   **Investigating Agency** IRS

**City** Andover   **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** James Lewis   Juvenile  ☐ Yes  ☒ No

**Alias Name** _____

**Address** 1 Colonial Road, Apt. 14, Windham, NH 03087

**Birth date (Year only):** _____  **SSN (last 4 #):** _____  **Sex** M  **Race:** Caucasian  **Nationality:** U.S.A

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** George Vien   **Bar Number if applicable** _____

**Interpreter:** ☐ Yes  ☒ No   **List language and/or dialect:** _____

**Matter to be SEALED:** ☒ Yes  ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

[x]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 4/05/05   **Signature of AUSA:** _[signature]_

≋JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    James Lewis _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC 2071(b) | Removal and Destruction of Gov. Records | 1 |
| Set 2  18 USC 2071(a) | Attempt to Remove and Destroy Gov. Records | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**