UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 05 CR 10093 PBS |
| | ) | |
| v. | ) | Criminal No.: |
| | ) | |
| JAMES LEWIS | ) | |

### GOVERNMENT'S MOTION TO SEAL

The United States of America, through the undersigned attorney, moves to seal the Indictment, this Motion, and any resulting Orders, to allow the defendant to be arrested without incident.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____ 4/5/05
George W. Vien
Assistant U.S. Attorney

4/5/05 [signature], M.J. Allowed.