UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Criminal No.: 05-10093-PBS
)
JAMES LEWIS )

GOVERNMENT'S MOTION TO UNSEAL

The United States of America, through the undersigned attorney, moves to unseal the Indictment because the defendant has been arrested and the reason for sealing no longer exists.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ George W. Vien   4/15/05
George W. Vien
Assistant U.S. Attorney