AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Boston, Massachusetts

UNITED STATES OF AMERICA

V.

James Lewis

**WARRANT FOR ARREST**

CASE NUMBER: 05CR 10093 PBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  James Lewis
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Unauthorized Disposal of Government Documents; the Attempt to Remove and Destroy Government Documents and the Removal and Destruction of Government Documents

in violation Title  United States Code, Section(s) 2071(a) and 2071(b)

Name of Issuing Officer / Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

4-5-05   Boston, Massachusetts
Date and Location

RECEIVED
2005 APR -5 P 1:57
U.S. MARSHAL SERVICE
BOSTON, MA

Bail fixed at $ _____ by _____
                              Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

EXECUTED BY IRS WARRANT ARREST/ARRAIGNMENT OF THE DEFENDANT ON 5/3/05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.