```
                 UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
         v.                 )    Cr. No: 05-10093-PBS
                            )
JAMES LEWIS                 )
```

           JOINT MOTION FOR ORDER OF EXCLUDABLE DELAY
    EXCLUDING THE PERIOD FROM APRIL 15, 2005 THROUGH June 27, 2005

The parties, through undersigned counsel, file this Joint Motion for Order of Excludable Delay Under the Speedy Trial Act.

The parties agree that the ends of justice served by their efforts to resolve this case outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the parties jointly request that the Court issue an Order of excludable delay for the period of time from April 15, 2005 through June 27, 2005, he date of the Final Status Conference, pursuant to 18 U.S.C. §3161(h)(8)(A).

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                          By:
                                /s/ George W. Vien
                                George W. Vien
                                Assistant U.S. Attorney
                                U. S. Attorney's Office
                                John Joseph Moakley
                                United States Courthouse
                                1 Courthouse Way, Suite 9200
                                Boston, MA  02210
                                (617) 748-3236

                JAMES LEWIS
                Defendant

By:
                /s/ Michael Liston
                Michael Liston
                2 Park Plaza
                Suite 610
                Boston, MA 02116
                (617) 426-2281
                FAX (617) 426-2448