UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. |
| ) | 05 − 10093 PBS |
| JAMES LEWIS ) | |

**JOINT MOTION OF DEFENDANT AND THE GOVERNMENT TO SEND THIS CASE TO THE DISTRICT COURT FOR THE PURPOSE OF SCHEDULING A PRE-TRIAL CONFERENCE**

The defendant James Lewis, through his appointed counsel, and the government jointly move that this matter be returned to the District Court for the purpose of scheduling a pretrial conference in that court.

s/ George W. Vien
_____
George W. Vien
Assistant U.S. Attorney

s/ Michael J. Liston
_____
Michael J. Liston BBO# 301760
2 Park Plaza, Suite 610
Boston, Massachusetts  02116
(617) 426-2281

June 28, 2005