# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 05-10093-PBS

UNITED STATES OF AMERICA

v.

JAMES LEWIS

## *FINAL STATUS REPORT*

June 29, 2005

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Indictment in the above-entitled case, which charges the defendant with the removal and destruction of government records and the attempt to remove and destroy government records, was returned on April 5, 2005;

2. The defendant was arraigned on the Indictment on April 15, 2005;

3. The defendant is not in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government would call approximately five to ten witnesses and that the trial would last approximately one week;

5. Counsel for the defendant has requested that a status conference be scheduled before the district judge;

6. As of the date of this Final Status Report, the parties have agreed to exclude the time through June 27, 2005;

7. This case is hereby returned to the district judge to whom this case is assigned.

     /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge