UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                                          CRIMINAL ACTION
                                          NO.   05-10093-PBS

    v.

JAMES LEWIS


**NOTICE OF INITIAL PRETRIAL CONFERENCE**

SARIS, U.S.D.J.                                                                              July 1, 2005

      TAKE NOTICE that the above-entitled case has been set for an Initial Pretrial Conference on **July 15, 2005**, at **4:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.


                                                        By the Court,


                                                        _/s/ Robert C. Alba_
                                                        Deputy Clerk


Copies to:  All Counsel