UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION
NO.   05-10093-PBS |
| v. | |
| JAMES LEWIS | |

**NOTICE OF RESCHEDULED INITIAL PRETRIAL CONFERENCE**

SARIS, U.S.D.J.                                                                                              July 6, 2005

      The Initial Pretrial Conference previously scheduled for July 15, 2005, has been **rescheduled** to **July 20, 2005, at 4:00 p.m.**

      By the Court,


       /s/ Robert C. Alba 
      Deputy Clerk


Copies to:  All Counsel


resched.ntc