AO199B (Rev.8/97) Additional Conditions of Release                                          Page ___1___ of ___1___ Pages

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
(Name of person or organization) _Coolidge House_
(Address) _____
(City and state) _Boston MA_ (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _James Leemi_ Custodian or Proxy

_Defendant — 7/15/2005_

( ) (7) The defendant shall:
(X) (a) maintain or actively seek employment. _+ provide proof of employment to PTS._
( ) (b) maintain or commence an educational program.
( ) (c) abide by the following restrictions on his personal associations, place of abode, or travel: _No change in residence w/o permission; abide by rules of Coolidge House; travel restricted to Boston area._
( ) (d) avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses: _____
(X) (e) report on a regular basis to the supervising officer.
( ) (f) comply with the following curfew: _____
(X) (g) refrain from possessing a firearm, destructive device, or other dangerous weapon.
( ) (h) refrain from excessive use of alcohol.
( ) (i) refrain from any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. §802 unless prescribed by a licensed medical practitioner.
(X) (j) undergo medical or psychiatric treatment and/or remain in an institution, as follows: _Attend mental health evaluation & treatment as deemed necessary_
( ) (k) execute a bond or an agreement to forfeit upon failing to appear as required, the following sum of money or designated property _____
( ) (l) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described money: _____
( ) (m) execute a bail bond with solvent sureties in the amount of $ _____
( ) (n) return to custody each (week)day as of ____ o'clock after being released each (week)day as of ____ o'clock for employment, schooling, or the following limited purpose(s): _____
( ) (o) surrender any passport to _____
(X) (p) obtain no passport.
(X) (q) submit to urine analysis testing upon demand of the supervising officer. _Coolidge House_
( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the supervising officer.
( ) (s) submit to an electronic monitoring program as directed by the supervising officer.
(X) (t) _Provide Pretrial w/ list of medications & sign all consent forms as required._

_Prohibited from calling or contacting employees of the IRS; ALL other conditions imposed previously to be adhered to._

WHITE COPY — COURT    YELLOW — DEFENDANT    GREEN — PRETRIAL SERVICES    BLUE — U.S. ATTORNEY    PINK — U.S. MARSHAL