UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No: 05-10093-PBS |
| | ) | |
| JAMES LEWIS | ) | |

JOINT MOTION FOR ORDER OF EXCLUDABLE DELAY EXCLUDING
THE PERIOD FROM JUNE 27, 2005 THROUGH SEPTEMBER 26, 2005

The parties, through undersigned counsel, file this Joint Motion for Order of Excludable Delay Under the Speedy Trial Act. The parties agree that the ends of justice served by their efforts to resolve this case outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the parties jointly request that the Court issue an Order of excludable delay for the period of time from June 27, 2005 through September 26, 2005, pursuant to 18 U.S.C. §3161(h)(8)(A).

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

By:
                                        /s/ George W. Vien
                                        George W. Vien
                                        Assistant U.S. Attorney
                                        U. S. Attorney's Office
                                        John Joseph Moakley
                                        United States Courthouse
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA  02210
                                        (617) 748-3236

                                        JAMES LEWIS
                                        Defendant

By:
    <u>/s/ Michael Liston</u>
    Michael Liston
    2 Park Plaza
    Suite 610
    Boston, MA 02116
    (617) 426-2281
    FAX (617) 426-2448