

# MEMORANDUM

| | |
|---|---|
| **To:** | Honorable Marianne B. Bowler, U.S. Magistrate Judge |
| **cc:** | Michael Liston, Esq. |
| | George Vien, AUSA |
| **From:** | Thomas M. O'Brien, US. Pretrial Services Officer |
| **Re:** | **Lewis, James,  CR# 05-10093-PBS** |
| **Date:** | July 13, 2005 |

This Pretrial Services Officer is seeking to immediately amend the above named defendant's bail conditions. This officer notes that Mr. Lewis has endangered himself by conveying a plan to commit suicide. Accordingly, this Pretrial Services Officer believes that Mr. Lewis is presently a danger to himself and potentially to the community given his mind set.

On this day, the defendant conveyed to this officer that he had a plan to commit suicide by way of an overdose on cough medication. Moments after this officer spoke to the defendant the Lowell Police Department took Mr. Lewis into safe custody. Mr. Lewis chose to voluntarily travel with the Lowell Police Department to seek emergency psychological services from the All Saints Hospital, Lowell, Massachusetts.

This officer is seeking a warrant for the defendant's arrest and to safely secure him until appropriate bail conditions can be fashioned to assist the defendant with his intensive needs. This Pretrial Services Officer notes that the defendant is homeless, and as a result he is a risk of non-appearance at future court hearings.

Reviewed by

Basil F. Cronin
Supervising U.S. Pretrial Services Officer