PS 8
(5/05)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

United States of America

vs.

JAMES LEWIS                    Docket No. 05-10093-PBS

### PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

The undersigned Pretrial Services Officer presents this report regarding defendant James Lewis, who was placed under pretrial release supervision by the Honorable Marianne B. Bowler, on 4/15/2005 under the following conditions:

And respectfully seeks action by the Court and for cause as follows:

Please see attached:

**Petition for Action on Conditions of Pretrial Release**

PRAYING THE COURT WILL:

__X__ Issue a Warrant

_____ Issue a Summons for the defendant to appear for a show cause hearing

_____ Other:

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on __7/13-5__        Place __Boston, MA__.

_____        Date __7-13-5__
U.S. Pretrial Services Officer

## ORDER OF COURT

__X__ Warrant to Issue

____ Summons to issue. Clerk to schedule show cause hearing.

____ Other:

Considered and ordered this __13th__ day of __July__, 20__05__, and ordered filed and made part of the record in the above case.

_____
Judicial Officer