UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

        CRIMINAL ACTION
        NO.  05-10093-PBS

v.

JAMES LEWIS

## NOTICE OF RESCHEDULED JURY TRIAL

SARIS, U.S.D.J.                       September 8, 2005

      The Jury Trial previously scheduled for September 26, 2005, has been **rescheduled** to **October 31, 2005, at 9:00 a.m.**

                      By the Court,

                      /s/ Robert C. Alba
                      Deputy Clerk

Copies to:  All Counsel

resched.ntc