

# MEMORANDUM

**To:** Honorable Marianne B. Bowler, U.S. Magistrate Judge

**cc:** Michael Liston, Esq.
George Vien, AUSA

**From:** Thomas M. O'Brien, U.S. Pretrial Services Officer

**Re:** **Lewis, James**
CR# 05-10093-PBS

**Date:** September 30, 2005

The defendant last appeared before the Court on July 15, 2005 relative to a Bail Review Hearing. On that date, Mr. Lewis conditions of release were modified and the Court ordered that the defendant reside at the Coolidge House, 307 Huntington Ave, Boston, Massachusetts. The Coolidge House was identified as a transitional residence for Mr. Lewis because he had been displaced from his marital house hold and a secondary residence, with a stepson was determined by this officer to be unsuitable. As you may recall, the defendant had been in a state of crisis relative to contemplating a suicide plan.

Mr. Lewis has remained at the Coolidge House through the present and he has fully complied with the rules of that program. The defendant stated that he is now able to reunite with his wife, Beverley Lewis, at 1 Colonial Road Unit # 4, Windham, New Hampshire. Contact with Mrs. Beverley Lewis has confirmed that the defendant is welcome to return to the marital household.

Therefore, this officer requests that Your Honor modify the defendant's conditions of release to reflect his new home plan. Accordingly, the defendant should be required to maintain residence at 1 Colonial Road, Unit# 4, Windham, New Hampshire.

Honorable Marianne B. Bowler
U.S. Magistrate Judge
September 30, 2005
Page: 2

RE:   Lewis, James

Further, Mr Lewis should be required to seek permission from the Court if he were to consider a future change of an address.

Reviewed by:

Basil F. Cronin
Supervising U.S. Pretrial Services Officer