UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
**UNITED STATES OF AMERICA**                )
                                            )
                                            )
              v.                            )  CRIMINAL NO.
                                            )  05 − 10093 PBS
**JAMES LEWIS**                             )
                                            )
_____)

**DEFENDANT'S MOTION, WITH THE ASSENT OF THE GOVERNMENT AND WITHOUT OBJECTION FROM PRETRIAL SERVICES, TO MODIFY CONDITIONS OF HIS RELEASE TO PERMIT TRAVEL THROUGHOUT THE NEW ENGLAND STATES**

The defendant James Lewis ("Lewis") moves that the conditions of his release to modified to permit him to travel throughout the New England states. The government, through Assistant U.S. Attorney George Vien, has stated that it has no opposition to this motion. Pretrial Services, through Pretrial Services Officer Judith Oxford, has stated that it has no objection to this motion.

When Lewis was originally released after his initial appearance, his travel was restricted to the New England states. On July 15, 2005, after Lewis was displaced from his marital home, the conditions of his release were modified to require, transitionally, that Lewis reside at Coolidge House and that his travel be restricted to the Commonwealth of Massachusetts. After a successful stay at Coolidge House, the defendant was able to reunite with his wife at their home in New Hampshire. On October 3, 2005, the court again modified the conditions of Lewis's release to require that he maintain residence with his wife at their home in New Hampshire. By

1

implication, the Order permitted travel in New Hampshire and Massachusetts.

 By the instant motion, Lewis requests that the conditions of his release be modified further to permit him to travel in all the New England States, thus reverting to the travel conditions originally imposed. Lewis adds that the request is made, in part, because he and his wife have planned a trip together to Connecticut on October 10th and 11th, 2005.

        s/ Michael J. Liston

        _____
        Michael J. Liston BBO# 30176
        2 Park Plaza, Suite 610
        Boston, Massachusetts 02116
        (617) 426-2281

October 4, 2005