UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

                                                    CRIMINAL ACTION
                                                    NO.  05-10093-PBS
            v.

JAMES LEWIS



## NOTICE OF RULE 11 HEARING


SARIS, U.S.D.J.                                              October 25, 2005


        TAKE NOTICE that the above-entitled case has been set for a Rule 11 Hearing on
**November 15, 2005**, at **3:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1
Courthouse Way, Boston, Massachusetts.

**NOTE:** Defense counsel is to contact U.S. Probation and make arrangements to meet with the
probation officer on the morning of the Rule 11 hearing.  Counsel should be prepared to spend as
much time as necessary for the interview process as it takes approximately two hours.




                                            By the Court,


                                             _/s/ Robert C. Alba__
                                            Deputy Clerk




Copies to:  All Counsel