UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

                                                    CRIMINAL ACTION
                                                     NO. 05-10093-PBS

                    v.

JAMES LEWIS



**NOTICE OF RESCHEDULED RULE 11 HEARING**


SARIS, U.S.D.J.                                              November 9, 2005


        The Rule11 Hearing previously scheduled for November 15, 2005, at 3:00 p.m., has been **rescheduled** to **November 15, 2005, at 4:00 p.m.**

**NOTE: Change is to time only.**




                                        By the Court,


                                         /s/ Robert C. Alba
                                        Deputy Clerk



Copies to:  All Counsel



resched.ntc