| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 05-10093-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| James Lewis<br>1 Colonial Road, Unit #4<br>Windham, NH 03087 | DISTRICT OF MASSACHUSETTS | Criminal, D/MA, Boston |
| | NAME OF SENTENCING JUDGE<br>The Honorable Patti B. Saris | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 2/15/06    TO 2/14/08 |

OFFENSE

Removal and Destruction of Government Records, 18 USC § 2071(a)
Attempt to Remove and Destroy Government Records, 18 USC § 2071(b)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF MASSACHUSETTS"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the New Hampshire upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_3/4/06_                  _[signature]_
Date                              United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of New Hampshire

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_March 20 2006_            _[signature]_
Effective Date                          United States District Judge